**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00205-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GRAHAM HIRSH,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE**

---

THIS MATTER comes before the court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The court having read said Motion and being fully advised in the premises finds:

On January 20, 2015, the United States and defendant Hirsh entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 53).

THAT the requisite nexus exists between the following properties:

    a.    $12,096.00 in U.S. currency;

    b.    AT&T ZTE cellular telephone #327B404243B2;

    c.    Nokia cellular telephone #059T105;

    d.    AT&T ZTE cellular telephone #321732254665;

    e.    Apple Ipad #VS0464ZTZ38;

    f.    Apple Macbook laptop FCC ID#ODSBRCM1038;

    g.    Nokia Lumia FCC ID#QTLRM915;

   h. Apple Ipad #DLXM709UF4YF;

   i. CD External Hard Drive #NA4QGZSB;

   j. Sandisk Thumbdrive;

   k. Apple IPhone FCC ID#BCGE2422A;

   l. Apple IPhone 4S #88935T56Y7H; and

   m. Apple Macbook #C02LN7P1FD56.

and the 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) to which defendant Hirsh pleaded guilty.

  THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. ' 853(n).

  THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

  THAT defendant's interest in the following:

   a. $12,096.00 in U.S. currency;

   b. AT&T ZTE cellular telephone #327B404243B2;

   c. Nokia cellular telephone #059T105;

   d. AT&T ZTE cellular telephone #321732254665;

   e. Apple Ipad #VS0464ZTZ38;

   f. Apple Macbook laptop FCC ID#ODSBRCM1038;

   g. Nokia Lumia FCC ID#QTLRM915;

   h. Apple Ipad #DLXM709UF4YF;

   i. CD External Hard Drive #NA4QGZSB;

   j. Sandisk Thumbdrive;

   k. Apple IPhone FCC ID#BCGE2422A;

   l. Apple IPhone 4S #88935T56Y7H; and

   m. Apple Macbook #C02LN7P1FD56.

is forfeited to the United States in accordance with 21 U.S.C. § 853.  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. ' 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this 6th day of May, 2015.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge