# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case Number 14-cr-00205-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. GRAHAM HIRSH,**

    Defendant.

---

**ORDER FOR UNOPPOSED MOTION FOR RETURN OF PROPERTY (PASSPORT)**
**(D.E. #95)**

---

**THIS MATTER** comes on for consideration of Defendant's Unopposed Motion for Return of Property (Passport) (D.E. #95, filed May 10, 2015.) The Court being sufficiently advised in the premises determines that the motion should be and is hereby **GRANTED.**

The Clerk of the United States District Court shall maintain custody of Defendant's passport until the judgment of conviction has been returned executed and bond discharged. At that time, the Clerk shall transfer the passport to the custody of U.S. Probation. The Probation Department shall maintain custody of the passport until Defendant begins his term of supervised release, and thereafter during his period of supervised release, until such time as Probation deems it appropriate to return the passport to Defendant. If Probation maintains custody of Defendant's passport for the entirety of his supervised release term, Probation shall return the passport to Defendant at the time he is discharged from supervision.

**DATED** May 12, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge