## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 14-cr-00205-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     GRAHAM HIRSH,

     Defendant.

---

## FINAL ORDER OF FORFEITURE

---

**Blackburn, J.**

The matter comes before me on the **United States' Motion for Final Order of Forfeiture** [#101][1].  The court having reviewed said motion finds:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure, as set forth in the Indictment returned on May 20, 2015;

THAT a Preliminary Order of Forfeiture was entered on May 6, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on July 7, 2015;

THAT, as of July 7, 2015, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C.

---

[1]  "[#101]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

§ 853.

**THEREFORE, IT IS ORDERED,** as follows:

1.  That judgment of forfeiture of:

      a.      $12,096.00 in U.S. currency;

      b.      Nokia cellular telephone #327B404243B2;

      c.      Nokia cellular telephone #059T105;

      d.      AT&T ZTE cellular telephone #321732254665;

      e.      Apple Ipad #VS0464ZTZ38;

      f.      Apple Macbook laptop FCC ID#ODSBRCM1038;

      g.      Nokia Lumia FCC ID#QTLRM915;

      h.      Apple Ipad #DLXM709UFAYF;

      i.      CD External Hard Drive #NA4QGZSB;

      j.      Sandisk Thumbdrive;

      k.      Apple IPhone FCC ID#BCGE2422A;

      l.      Apple IPhone 4S #88935T56Y7H; and

      m.      Apple Macbook #C02LN7P1FD56;

shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party; and

2.  That the United States shall have full and legal title to the forfeited the assets and may dispose of it in accordance with law.

Dated July 13, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge