# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### PROBATION OFFICE

**LAVETRA A. CASTLES**
**Chief U.S. Probation Officer**

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

April 11, 2018

**ELIZABETH MILLER**
**Deputy Chief U.S. Probation Officer**

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

103 Sheppard Drive, Suite 206
Durango, CO 81303-3439
Phone: (970) 385-9564

RESPOND TO:   Denver

RE:   Defendant:  Graham **HIRSH**
   Docket No.: 1:14CR00205-1
   **PROBATION RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISION [Document 105]**

This correspondence follows the Court's directive that the Probation Office respond to the defendant's motion for consideration of early termination of supervision by April 12, 2018.

On May 6, 2015, the defendant was sentenced in the District of Colorado by the Honorable Robert E. Blackburn to 18 months imprisonment for Conspiracy to Distribute and Possession with Intent to Distribute MDMA, in violation of 21 U.S.C. §§ 846 and 841 (a)(1) and (b)(1)(C). Additionally, the Court imposed a 3-year term of supervised release and a $100 special assessment fee.

The defendant's supervised release commenced on September 29, 2016. He has been on supervision more than one year; making him statutorily eligible for early termination, pursuant to 18 U.S.C. § 3583(e)(1). To evaluate suitability for early termination, the Probation Office is mandated to consider the following criteria that have been approved by the Judicial Conference Committee on Criminal Law.  The defendant shall have:

- stable community reintegration (e.g., residence, family, employment);
- progressive strides toward supervision objectives and in compliance with all conditions of probation;
- no aggravated role in the offense of conviction, particularly large drug or fraud offenses;
- no history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);
- no recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;
- no recent evidence of alcohol or drug abuse;
- no recent psychiatric episodes; and
- no identifiable risk to the safety of any identifiable victim.

A risk assessment our office currently utilizes is the Post Conviction Risk Assessment (PCRA); he has a risk category of low on the PCRA. In this category, approximately 3% of offenders are rearrested and less than 1% have their supervision revoked in the next six months following the last assessment. Additionally, this assessment indicates that intensive interventions with this population have little impact and may increase the risk of recidivism.

The defendant has been on the Low Risk Supervision (LRS) caseload since March 31, 2017, which he was placed on due to his continued supervision compliance. He has maintained a stable residence, remains compliant with the conditions of supervision, and has complied with every request from his probation officer. Restitution was not ordered in this case and the defendant paid his special assessment fee in full.

Based on Mr. Hirsh's conduct on supervision, I believe his time within the justice system has served as a strong deterrent for future involvement in criminal activities. At this time, Assistant U.S. Attorney Michele Korver has no objections regarding Mr. Hirsh's petition for early termination.

Based on the foregoing, the Probation Office supports the defendant's motion for early termination. Attached is a proposed order for the Court's consideration. Should the Court have any questions regarding the above, please contact this officer at (303) 335-2525.

Respectfully submitted,

***s/Joseph L. Mellberg***
Joseph L. Mellberg
United States Probation Officer

Approved:

***s/Laura D. Ansart***
Laura D. Ansart
Supervising United States Probation Officer