**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:14-cr-00205-REB-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GRAHAM HIRSH

       Defendant.

---

**ORDER REGARDING EARLY TERMINATION**

---

       THIS MATTER is before the Court upon request by the defendant for the Court to consider early termination of supervised release [Document 105].

       HAVING considered the probation officer's response and the government's response to the defendant's request, the Court

  _X_   ORDERS the defendant's term of supervised release be terminated immediately.

  ____  DENIES early termination of the defendant's supervised release.

       DATED at Denver, Colorado, this _13th_ day of April 2018.

                             BY THE COURT:

                             */s/ Bob Blackburn*
                             ROBERT E. BLACKBURN
                             Senior United States District Judge